## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| BOKF, N.A. D/B/A BANK OF OKLAHOMA, | : | No. 481 MAL 2015 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| FIRST NATIONAL BANK OF | : | |
| PENNSYLVANIA, FORMERLY KNOWN | : | |
| AS GUARANTY BANK, N.A., | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.